IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **CATHLEEN C. PARKER,** | ) | CASE NO. 8:06CV24 |
| **Plaintiff,** | ) | |
| vs. | ) | **ORDER OF DISMISSAL** |
| **LINDA M. SPRINGER, Director,** **United States Office of Personnel Management,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Plaintiff's Notice of Voluntary Dismissal without Prejudice (Filing No. 9). The notice complies with the requirements of Fed. R. Civ. P. 41(a)(1)(I). The case should be dismissed.

IT IS ORDERED:

1) The Notice of Voluntary Dismissal without Prejudice (Filing No. 9) is approved, and the relief sought therein is granted;

2) The Complaint is dismissed without prejudice; and

3) The parties shall pay their own costs and attorney fees.

DATED this 24th day of April, 2006.

BY THE COURT

s/Laurie Smith Camp
United States District Judge